### 37470. RAMSEY v. DODD.

PER CURIAM.

This appeal is from the denial of a petition for writ of habeas corpus filed to avoid extradition to the State of Wisconsin. The judgment of the trial court is affirmed without opinion under Rule 59. *Stynchcombe v. Smith,* 244 Ga. 548 (261 SE2d 342) (1979).

*Judgment affirmed. All the Justices concur.*

DECIDED MAY 6, 1981 —
REHEARING DENIED MAY 26, 1981.

*Glyndon C. Pruitt, Donn M. Peevy,* for appellant.
*W. Bryant Huff, District Attorney, Gerald W. Brown, Assistant District Attorney,* for appellee.